DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PEDRO ARAGON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>PEDRO ARAGON,<br><br>　　　　*Defendant.* | No. 1:05-cr-0197 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND  ORDER THEREON<br><br>Date:  September 4, 2007<br>Time:  9:00 a.m.<br>Dept :  Hon. Anthony W. Ishii |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for August 6, 2007, **may be continued to September 4, 2007 at 9:00 a.m.**

　　　This continuance is requested by counsel for the defendant to allow the parties time to attempt to

///
///
///
///
///
///
///
///

resolve the matter in an amicable fashion.

                                                                McGREGOR M. SCOTT
                                                                United States Attorney

DATED: July 31, 2007                            By   /s/ Laurel J. Montoya
                                                                 LAUREL J. MONTOYA
                                                                 Assistant United States Attorney
                                                                 Attorney for Plaintiff

                                                                 DANIEL J. BRODERICK
                                                                 Federal Defender

DATED: July 31, 2007                            By   /s/ Eric V. Kersten
                                                                  ERIC V. KERSTEN
                                                                Assistant Federal Defender
                                                                Attorney for Defendant

## ORDER

IT IS SO ORDERED.

**Dated:   August 1, 2007**                /s/ **Anthony W. Ishii**
                                                     UNITED STATES DISTRICT JUDGE