# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**PEDRO ARAGON**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:05CR00197-001**

Eric Kersten
Defendant's Attorney

**THE DEFENDANT:**
[✔]  admitted guilt to violation of charge(s) 1,2,3,4 as alleged in the violation petition filed on September 10, 2007.
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|

See next page.

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  June 9, 2003 .

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

10/1/07
Date of Imposition of Sentence

/S/ ANTHONY W. ISHII
Signature of Judicial Officer

**ANTHONY W. ISHII**, United States District Judge
Name & Title of Judicial Officer

OCTOBER 3, 2007
Date

| CASE NUMBER: | 1:05CR00197-001 | Judgment - Page 2 of 3 |
|---|---|---|
| DEFENDANT: | PEDRO ARAGON | |

**ADDITIONAL VIOLATION**

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| One | Use of Controlled Substance | May 23, 2007 |
| Two | Failure to Attend Correctional Treatment | May 15, 2007 |
| Three | Failure to report for urine testing | August 16, 2007 |
| Four | Failure to report for mandatory urine testing and failure to follow the instructions of the probation officer | September 4, 2007 |

| | | |
|---|---|---|
| CASE NUMBER: | 1:05CR00197-001 | Judgment - Page 3 of 3 |
| DEFENDANT: | PEDRO ARAGON | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  6 months  .

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[ ]   The defendant is remanded to the custody of the United States Marshal.

[]   The defendant shall surrender to the United States Marshal for this district.
 .
[] as notified by the United States Marshal.

[X ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[✔] at 2:00 pm  on October 25, 2007
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal